



★ ★ ★   ★   ★ ★ ★

## MEMORANDUM OPINION

No. 04-10-00588-CV

Gary **TENNISON**,
Appellant

v.

**ZUEHL AIRPORT FLYING COMMUNITY OWNERS ASSOCIATION**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 08-1872-CV
Honorable Gary L. Steel, Judge Presiding

PER CURIAM

Sitting:    Rebecca Simmons, Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  December 15, 2010

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion states that the parties have reached a settlement and appellant no longer wishes to prosecute his appeal. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the parties who incurred them.

PER CURIAM